

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00257-CV

———————————————

BNSF RAILWAY COMPANY, Appellant

V.

BOBBY BROWN, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-301901-18

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

The parties have filed a "Joint Motion to Dispose of Appeal and Issue Mandate Forthwith Under Texas Rules of Appellate Procedure 18.1(c) and 42.1(a)(2)(B)." The motion is granted.

In accordance with the parties' agreement and joint motion, we set aside the trial court's judgment without regard to the merits, and we remand the case to the trial court for rendition of judgment consistent with the terms of the parties' settlement. Tex. R. App. P. 42.1(a)(2)(B); *see Crabbe v. Sanders*, No. 02-22-00301-CV, 2023 WL 5615803, at *1 (Tex. App.—Fort Worth Aug. 31, 2023, no pet.) (mem. op.) (granting joint motion, setting aside judgment without regard to merits, and remanding case for judgment in accordance with settlement).

Because the parties have agreed to and requested the expedited issuance of a mandate, *see* Tex. R. App. P. 18.1(c), such mandate shall issue immediately.

Each party must bear its own appellate costs. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 4, 2024